# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00043-CV

### Albert Rivera, Jr., Appellant

### v.

### Texas Department of Protective and Regulatory Services, Appellee

---

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
NO. 95-01015, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING**

---

Because appellant has failed to file a brief, we will dismiss his appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b).

The Clerk of this Court filed the clerk=s record in this cause on January 28, 2002. Accordingly, appellant=s brief was due on March 1, 2002. *See* Tex. R. App. P. 38.6(a).

By postcard dated July 3, 2002, the Clerk of this Court notified the parties that the appeal was subject to dismissal for want of prosecution unless appellant filed a brief by July 15, 2002, or tendered a motion for extension of time reasonably explaining the failure to do so. Thus far, appellant has submitted neither a brief nor a motion for extension of time to file a brief.

Accordingly, we dismiss the appeal for want of prosecution on our own motion. *See id.* 42.3(b).

_____

**Lee Yeakel, Justice**

**Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel**

**Dismissed for Want of Prosecution**

**Filed:   August 30, 2002**

**Do Not Publish**